IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HEIDI-BIANCA CRANE,<br><br>     Plaintiff,<br><br>v.<br><br>UTAH HOUSING CORPORATION, a Utah Corporation; FIRST COLONY MORTGAGE, a Utah Corporation; LINCOLN TITLE INSURANCE AGENCY, a Utah Corporation,<br><br>     Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:19-CV-00081<br><br>District Judge David Nuffer |

  IT IS HEREBY ORDERED that Plaintiff's Complaint[1] is DISMISSED without prejudice.

  Signed December 12, 2019.

                BY THE COURT

                _____
                David Nuffer
                United States District Judge

---

[1] Complaint for a Civil Case, docket no. 3, filed October 1, 2019.